FILED
2005 Nov-14 AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN FLETCHER, | ) |
| Plaintiff, | ) |
| vs | ) CV-02-RRA-1541-S |
| CAPTAIN BEN KING, et al., | ) |
| Defendants. | ) |

### Order of Dismissal

In accordance with the memorandum opinion entered contemporaneously herewith, this §2254 habeas petition is hereby DISMISSED WITH PREJUDICE.

DONE this 14th day of November, 2005.



WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE